UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERVIN ALONSO DIAZ MORAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-319 |
| | § | |
| WARDEN, PORT ISABEL DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Ervin Alonso Diaz Moran seeks reconsideration of the Court's Order (Doc. 35) denying him habeas relief. (Motion, Doc. 51)

A motion for reconsideration under Federal Rule of Civil Procedure 59(e) "must clearly establish either a manifest error of law or fact or must present newly discovered evidence[.]" *Rosenzweig v. Azurix Corp.*, 332 F.3d 854, 863 (5th Cir. 2003). A manifest error is one that "is plain and indisputable, and that amounts to a complete disregard of the controlling law[.]" *Guy v. Crown Equip. Corp.*, 394 F.3d 320, 325 (5th Cir. 2004).

Here, Petitioner has not established any error of law, much less a manifest error. He also has not provided newly discovered evidence that materially alters the Court's analysis. Accordingly, it is:

**ORDERED** that Petitioner Ervin Alonso Diaz Moran's Motion to Reopen Case and for Reconsideration of Dismissal (Doc. 51) is **DENIED**.

Signed on June 4, 2026.

Fernando Rodriguez, Jr.
United States District Judge

1 / 1